```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 18897
   WILLETTA SHANTA BLANTON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-8486


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/23/2008 and was not confirmed.

     The case was dismissed without confirmation 02/12/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
AMERICASH LOANS            UNSECURED         1636.87           .00            .00
AMERICREDIT FINANCIAL SV   SECURED VEHIC    15537.95           .00            .00
PREMIER BANKCARD           UNSECURED          428.47           .00            .00
HSBC TAXPAYER FINANCIAL    UNSECURED          385.20           .00            .00
ACC INTERNATIONAL          PRIORITY        NOT FILED           .00            .00
CITY OF CHICAGO PARKING    PRIORITY        NOT FILED           .00            .00
PAYDAY LOANS               UNSECURED       NOT FILED           .00            .00
GENESIS FINANCIAL          UNSECURED          663.00           .00            .00
FIRST CASH ADVANCE         UNSECURED       NOT FILED           .00            .00
ILLINOIS LENDING CORP      UNSECURED          643.75           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED          425.45           .00            .00
ILLINOIS DEPT OF REVENUE   UNSECURED           34.00           .00            .00
NATIONAL QUIK CASH         UNSECURED          650.00           .00            .00
UPTOWN CASH                UNSECURED       NOT FILED           .00            .00
CAVALRY PORTFOLIO SERVIC   UNSECURED         8490.02           .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY        NOT FILED           .00            .00
BANK OF AMERICA NA         UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED          685.00           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED       NOT FILED           .00            .00
COMMONWEALTH EDISON        UNSECURED          386.84           .00            .00
COMCAST                    UNSECURED       NOT FILED           .00            .00
FIRST AMERICAN CASH ADVA   UNSECURED       NOT FILED           .00            .00
FIRST CASH FINANCIAL SER   UNSECURED       NOT FILED           .00            .00
FIRST PREMIER BANK         UNSECURED       NOT FILED           .00            .00
GENESIS FINANCIAL SERVIC   UNSECURED       NOT FILED           .00            .00
ONE IRON VENTURES INC      UNSECURED       NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 18897 WILLETTA SHANTA BLANTON
```

```
ONE IRON VENTURES INC      UNSECURED       NOT FILED                   .00           .00
PAYDAY LOANS               UNSECURED       NOT FILED                   .00           .00
QC FINANCIAL SERVICES IN   UNSECURED       NOT FILED                   .00           .00
TCF FINANCIAL SERVICES     UNSECURED       NOT FILED                   .00           .00
SHANTA BLANTON             UNSECURED             .00                   .00           .00
MONTEREY FINANCIAL SERV    SECURED NOT I   1753.37                     .00           .00
ILLINOIS DEPT OF REVENUE   SECURED NOT I   1737.11                     .00           .00
PRO SE DEBTOR              DEBTOR ATTY           .00                                 .00
TOM VAUGHN                 TRUSTEE                                                   .00
DEBTOR REFUND              REFUND                                                    .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                             .00
                          ---------------      ---------------
TOTALS                          .00                       .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
   Dated: 03/11/09                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```